# Louisiana Secretary of State
## Nancy Landry

**SEARCH FOR INFORMATION ABOUT A SUIT**

**EXHIBIT B**

12/2/25, 3:11 PM                                              Search for Information about a Suit

### Suit Details

| | |
|---|---|
| **Entity Name:** | ALLIED TRUST INSURANCE COMPANY |
| **Contact:** | |
| **Address:** | STE. 520 |
| | 4200 W. CYPRESS ST. |
| **City, State, Zip:** | TAMPA , FL  33607 |

### Status Details

| | |
|---|---|
| **Suit Number:** | 84496 |
| **Suit Status:** | Complete |
| **Date Received:** | 10/29/2025 |
| **Date Mailed:** | 10/30/2025 |
| **Certified Mail Receipt:** | 9489009000276725285094 |

### Court Details

| | |
|---|---|
| **Court Name:** | 40TH JUDICIAL DISTRICT COURT |
| **Court Location:** | SAINT JOHN THE BAPTIST PARISH |
| **Plaintiff:** | PEDRO CASTRO-ROCHEZ, ET AL |
| **Defendant:** | ALLIED TRUST INSURANCE COMPANY |

[ Print ]  [ New Search ]

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES.**
**READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Remove ✕

**Tracking Number:**

## 9489009000276725285094

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:13 pm on November 24, 2025 in TAMPA, FL 33607.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
TAMPA, FL 33607
November 24, 2025, 12:13 pm

● **Out for Delivery**
TAMPA, FL 33607
November 22, 2025, 8:16 am

● **Arrived at Post Office**
TAMPA, FL 33607

Feedback

November 22, 2025, 8:05 am

### In Transit to Next Facility
November 16, 2025

### Arrived at USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER
November 12, 2025, 9:37 am

### Departed USPS Facility
TAMPA, FL 33630
November 10, 2025, 9:11 pm

### Arrived at USPS Facility
TAMPA, FL 33630
November 9, 2025, 4:02 pm

### Arrived at USPS Regional Facility
NORTH HOUSTON TX DISTRIBUTION CENTER
November 7, 2025, 8:55 pm

### Arrived at USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER
November 6, 2025, 8:39 am

### Arrived at USPS Facility
TAMPA, FL 33630
November 2, 2025, 1:09 pm

### Arrived at USPS Regional Facility
NORTH HOUSTON TX DISTRIBUTION CENTER



## USPS Tracking Plus® 

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until November 1, 2027. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$5.25**

5 Years
**$6.25**

7 Years
**$7.30**

10 Years
**$8.50**

☐ I have read, understand, and agree to the **Terms and Conditions. (https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

12/2/25, 3:13 PM                                                                                       USPS.com® - USPS Tracking® Results

**Product Information**                                                                                                        ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers                                                                                            ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES.**
**READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Remove ✕

**Tracking Number:**

## 9489009000276725285094

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:13 pm on November 24, 2025 in TAMPA, FL 33607.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
TAMPA, FL 33607
November 24, 2025, 12:13 pm

● **Out for Delivery**
TAMPA, FL 33607
November 22, 2025, 8:16 am

● **Arrived at Post Office**
TAMPA, FL 33607

Feedback

November 22, 2025, 8:05 am

**In Transit to Next Facility**
November 16, 2025

**Arrived at USPS Regional Facility**
NEW ORLEANS LA DISTRIBUTION CENTER
November 12, 2025, 9:37 am

**Departed USPS Facility**
TAMPA, FL 33630
November 10, 2025, 9:11 pm

**Arrived at USPS Facility**
TAMPA, FL 33630
November 9, 2025, 4:02 pm

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
November 7, 2025, 8:55 pm

**Arrived at USPS Regional Facility**
NEW ORLEANS LA DISTRIBUTION CENTER
November 6, 2025, 8:39 am

**Arrived at USPS Facility**
TAMPA, FL 33630
November 2, 2025, 1:09 pm

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER

October 31, 2025, 9:53 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

**Select what types of updates you'd like to receive and how. Send me a notification for:**

**Text   Email**

- [ ] [ ] All Below Updates

- [ ] [ ] Expected Delivery Updates ⓘ

- [ ] [ ] Day of Delivery Updates ⓘ

- [ ] [ ] Package Delivered ⓘ

- [ ] [ ] Available for Pickup ⓘ

- [ ] [ ] Delivery Exception Updates ⓘ

- [ ] [ ] Package In-Transit Updates ⓘ

12/2/25, 3:13 PM                                                                 USPS.com® - USPS Tracking® Results

**USPS Tracking Plus®** 

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until November 1, 2027. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$5.25**

5 Years
**$6.25**

7 Years
**$7.30**

10 Years
**$8.50**

☐ I have read, understand, and agree to the **Terms and Conditions. (https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

**Product Information**                                                                                               ∨

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]